Dismissed and Memorandum Opinion filed June 16, 2005









Dismissed and Memorandum Opinion filed June 16, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00412-CR

____________

 

CLIFTON RYAN
SPARKMAN, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
County Criminal Court at Law No. 9

Harris County,
Texas

Trial Court Cause No.
1272275

 



 

M E M O R A N D U M   O P I N I O N

A written request to dismiss the appeal, personally signed by
appellant, has been filed with this Court. 
See Tex. R. App. P.
42.2.  Because this Court has not
delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered
and Memorandum Opinion filed June 16, 2005.

Panel consists of
Chief Justice Hedges and Justices Fowler and Frost. 

Do not publish C Tex.
R. App. P. 47.2(b).